No. 01–6404.  ALVARADO v. HAHN, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 01–6405.  MCBRIDE v. SABOURIN, SUPERINTENDENT, ARTHUR KILL CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–6407.  DITTON v. MONTANA COMMISSION ON CHARACTER AND FITNESS.  Sup. Ct. Mont.  Certiorari denied.

No. 01–6410.  SHEGOG v. BRUNELLE, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–6414.  DEL CARPIO v. CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 01–6417.  NORDSTROM v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 01–6418.  PARKER v. HEAD, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 01–6423.  JOHNSON v. WARD.  C. A. 10th Cir.  Certiorari denied.

No. 01–6424.  ANDUJAR v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–6427.  JEAN-HENRIQUEZ v. MERA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–6431.  CALL v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 01–6439.  ROMANO v. GIBSON, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 01–6442.  BELTON v. MOORE, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–6443.  BATES v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.